**United States District Court**
For the Northern District of California

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9   JAMES THOMAS HART,                          No. 03-5580 CW

10           Plaintiff,                         ORDER FOR
                                                BRIEFING AFTER
11      v.                                      REMAND

12  LAWRENCE L. BRAUN; COUNTY OF NAPA;
    TERRY DAVIS, Public Defender Office
13  for the County of Napa,

14           Defendants.
15  _____/

16

17

18      On September 13, 2005, the Ninth Circuit issued its mandate in

19  this case, reversing and remanding.  The Ninth Circuit ruled that

20  this Court erred by dismissing on statute of limitations grounds

21  Plaintiff's malpractice claim against his former public defender

22  without considering the applicability of equitable tolling.  The

23  Ninth Circuit did not address the Court's ruling in favor of

24  Defendants on Plaintiff's civil rights claim; therefore, judgment

25  in favor of Defendants on the civil rights claim is not affected by

26  the Ninth Circuit's ruling.

27      The Court sets the following briefing schedule on the issue of

28  whether equitable tolling applies to Plaintiff's malpractice claim.

1  Defendants shall file a motion for summary judgment within two

2  weeks from the date of this order.  Plaintiff shall file an

3  opposition two weeks thereafter.  Defendants' reply is due one week

4  later.  The motion will be decided on the papers without a hearing.

5

6

7

8  Dated: 10/4/05

9  

10  CLAUDIA WILKEN
   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California