```
 1  GARY M. LEPPER, SBN 45498
    WAKAKO T. URITANI, SBN 223619
 2  LEPPER & HARRINGTON
    1600 S. Main Street, Suite 305
 3  Walnut Creek, CA 94596
    (925) 256-6180
 4  (925) 943-6190 (fax)

 5  Attorneys for defendants
    County of Napa, Terry Davis
 6  and Lawrence Braun

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THOMAS HART,<br><br>    Plaintiff,<br><br>vs.<br><br>LAWRENCE L. BRAUN, COUNTY OF NAPA, TERRY DAVIS, Public Defender for the County of Napa,<br><br>    Defendants. | Case No. 03-05580 CW<br><br>**STIPULATION FOR REQUEST FOR EXTENSION OF TIME IN RESPONSE TO ORDER FOR BRIEFING AFTER REMAND AND ~~PROPOSED~~ ORDER** |

On September 13, 2005, the Ninth Circuit ruled that dismissal due to expiration of the statute of limitations for legal malpractice, without considering the applicability of equitable tolling, was error.

On October 4, 2005, this court issued an order specifying a briefing schedule on the issue of whether equitable tolling applies to plaintiff's malpractice claim:

- Defendants' motion by October 18, 2005;

- Plaintiff's opposition by November 1, 2005; and

- Defendants' reply by November 8, 2005.

STIPULATION AND PROPOSED ORDER      1      Case No. 03-5580 CW

Ordinarily, defendants could comply with this schedule. However, Gary M. Lepper – the only attorney who has worked on this case from its inception – has a vacation scheduled out-of-state from October 16 to October 31, 2005. Consequently, defendants respectfully request and plaintiff stipulates to a revised briefing schedule, as follows:

- Defendants' motion by November 15, 2005;
- Plaintiff's opposition by November 29, 2005; and
- Defendants' reply by December 6, 2005.

DATED: October 12, 2005        LEPPER & HARRINGTON

/s/
_____
GARY M. LEPPER
Attorney for Defendants

DATED: October 12, 2005        LAW OFFICES OF FRANK G. PRANTIL

/s/
_____
FRANK G. PRANTIL
Attorney for Plaintiff

IT IS SO ORDERED:

DATED: 10/12/05

_____
JUDGE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
/s/ Claudia Wilken
Judge Claudia Wilken

STIPULATION AND PROPOSED ORDER        2        Case No. 03-5580 CW