| | |
|---|---|
| 1 | GARY M. LEPPER, SBN 45498 |
| 2 | WAKAKO T. URITANI, SBN 223619<br>LEPPER & HARRINGTON |
| 3 | 1600 S. Main Street, Suite 305<br>Walnut Creek, CA 94596 |
| 4 | (925) 256-6180<br>(925) 943-6190 (fax) |
| 5 | Attorneys for defendants |
| 6 | County of Napa, Terry Davis<br>and Lawrence Braun |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES THOMAS HART, | ) | Case No. 03-05580 CW |
| Plaintiff, | ) | **STIPULATION FOR REQUEST FOR EXTENSION OF TIME IN RESPONSE TO ORDER FOR BRIEFING AFTER REMAND AND ~~PROPOSED~~ ORDER** |
| vs. | ) | |
| LAWRENCE L. BRAUN, COUNTY OF NAPA, TERRY DAVIS, Public Defender for the County of Napa, | ) | |
| Defendants. | ) | |

On October 12, 2005, the parties stipulated and this Court ordered an extension of time in response to an "order for briefing after remand and proposed order." The revised briefing schedule is as follows:

- Defendants' motion by November 15, 2005;
- Plaintiff's opposition by November 29, 2005; and
- Defendants' reply by December 6, 2005.

//

//

//

STIPULATION AND PROPOSED ORDER      1      Case No. 03-5580 CW

Defendant requested these dates with every intention to comply. However, unexpected and unanticipated events have since occurred, disabling the defendants from preparing a satisfactory summary judgment motion.

In *Pacifica v. ABAG* (Alameda County, Case No. RG05199072), Mr. Lepper is preparing an opposition to two summary judgment motions while simultaneously preparing two counter summary judgment motions, all due by November 16, 2005. In *Zacks Inc. v. City of Sausalito* (Marin County, Case No. CV 050995), Mr. Lepper is preparing an opposition to plaintiff's summary judgment motion due by November 15, 2005. In addition, the associate attorney who worked with Mr. Lepper on these cases abruptly resigned; as a result, Mr. Lepper has to prepare all of them himself.

Consequently, defendants respectfully request and plaintiff stipulates to a revised briefing schedule, as follows:

- Defendants' motion by November 29, 2005;
- Plaintiff's opposition by December 13, 2005; and
- Defendants' reply by December 20, 2005.

DATED: November 14, 2005　　　　LEPPER & HARRINGTON

/s/
_____
GARY M. LEPPER
Attorney for Defendants

DATED: November 14, 2005　　　　LAW OFFICES OF FRANK G. PRANTIL

/s/
_____
FRANK G. PRANTIL
Attorney for Plaintiff

//
//

STIPULATION AND PROPOSED ORDER　　　2　　　Case No. 03-5580 CW

1 IT IS SO ORDERED:

2

3 DATED: November 16, 2005

4 _____
JUDGE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

*United States District Court*
**IT IS SO ORDERED**
*Judge Claudia Wilken*
*Northern District of California*

STIPULATION AND PROPOSED ORDER     3     Case No. 03-5580 CW