FRANK G. PRANTIL
Attorney at Law
State Bar # 35155
916 Second Street
Second Floor
Sacramento, CA 95814
(916) 446-4669

Attorney for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES THOMAS HART,

Plaintiff,

v.

LAWRENCE L. BRAUN,

Defendant.

No: C-03-05580-CW

STIPULATION AND ORDER THEREON

Plaintiff, JAMES THOMAS HART, represented by his attorney, FRANK G. PRANTIL, and the defendant, LAWRENCE L. BRAUN, represented by his attorney, GARY LEPPER, stipulate that plaintiff may have until March 15, 2006, to file his supplemental brief addressing the two cases cited by the court in its minute order of January 27, 2006.

Dated: February 2, 2006

S\S
FRANK G. PRANTIL
Attorney for plaintiff

Dated: February 2, 2006

S\S
GARY M. LEPPER

**ORDER**

GOOD CAUSE APPEARING, it is ordered that plaintiff may have until March 15, 2006, to file his supplemental brief addressing the two cases cited by the court in its minute order of January 27, 2006.

Dated: February 7, 2006

CLAUDIA WILKEN
U.S. DISTRICT JUDGE

