IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THOMAS HART,<br><br>        Plaintiff,<br><br>    v.<br><br>LAWRENCE L. BRAUN, COUNTY OF NAPA,<br>TERRY DAVIS, PUBLIC DEFENDER FOR THE<br>COUNTY OF NAPA; and DOES 1 to 100.,<br><br>        Defendants.<br>_____/ | No. C 03-5580 CW<br><br>ORDER REGARDING<br>PLAINTIFF'S<br>SUPPLEMENTAL<br>BRIEF |

On November 29, 2005, Defendant Lawrence L. Braun moved for summary judgment on the ground that equitable tolling does not apply to Plaintiff James Thomas Hart's legal malpractice claim. A hearing was held on January 27, 2006. No appearance was made by Plaintiff's counsel. A minute order was issued requiring Defendant's counsel to submit, by February 10, 2006, a supplemental brief addressing the cases of Gorden v. Law Offices of Aguirre & Meyer, 70 Cal. App. 4th 972 (1999), and Laird v. Blacker, 2 Cal. 4th 606 (1992), accompanied by copies of the Ninth Circuit appellate briefs in Hart v. Braun, 2005 WL 2186350 (9th Cir. 2005). Response by Plaintiff was due February 17, 2006. On February 7,

2006, this Court granted the parties' stipulation that Plaintiff may have until March 15, 2006 to file his supplemental brief. On February 9, 2006, Defendant filed his supplemental brief and provided the Ninth Circuit appellate briefs. On March 13, 2006, Frank G. Prantil, purporting to be Plaintiff's attorney, sent the Court an unsigned courtesy copy of Plaintiff's supplemental brief, but the brief was not filed. On March 27, 2006, Mr. Prantil electronically filed the supplemental brief.

The Court notes, that effective March 5, 2006, Mr. Prantil is not eligible to practice law in California. See http://members.calbar.ca.gov/search/member_detail.aspx?x=35155. Therefore, the Court cannot accept this or any future briefs from Mr. Prantil. If Plaintiff wishes to file his supplemental brief, he may retain new counsel, or represent himself. Plaintiff has two weeks from the date of this order to file his supplemental brief.

IT IS SO ORDERED.

Dated: 3/29/06

CLAUDIA WILKEN
United States District Judge

2